APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW PERRONG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEXPO POWER, LP | : | NO. 2:18-cv-03213-JHS |

ORDER

AND NOW, this 2nd Day of August, 2018, it is hereby

ORDERED that the application of Brian K. Murphy, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_Joel Slomsky_
J.