## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW W. PERRONG on behalf of himself and others similarly situated<br><br>     *Plaintiff*<br><br> v.<br><br>TEXPO POWER, LP<br><br>     *Defendant* | CIVIL ACTION<br><br>No. 2:18-cv-3213-JHS |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Andrea L. D'Ambra of Norton Rose Fulbright US LLP, appears as counsel on behalf of Texpo Power, LP in the above-captioned case. The undersigned respectfully request that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: August 24, 2018

           NORTON ROSE FULBRIGHT US LLP

       By: /s/ Andrea L. D'Ambra
          Andrea L. D'Ambra
          1301 Avenue of the Americas
          New York, NY 10019-6022
          (212) 318-3000
          andrea.dambra@nortonrosefulbright.com
          *Attorney for Defendant Texpo Power, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2018, I caused the foregoing Notice of Appearance of Counsel to be filed electronically with the Clerk of Court by using the CM/ECF system which will serve a copy upon all counsel of record who are registered with the Court's CM/ECF system.

/s/ Andrea L. D'Ambra
Andrea L. D'Ambra