IN THE UNITED STATES DISTRICT COURT
FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG on behalf of himself and others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TEXPO POWER, LP d/b/a YEP ENERGY,<br><br>　　　　　　　Defendant. | C.A. No.: 2:18-cv-03213-JHS |

## ENTRY OF APPEARANCE

TO THE CLERK:

　　Please enter the appearances of Daniel JT McKenna and Jenny N. Perkins on behalf of Defendant Texpo Power, LP in the above-captioned matter.

　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  October 9, 2018　　　　　/s/ *Daniel JT McKenna*_____
　　　　　　　　　　　　　　　Daniel JT McKenna (I.D. No. 93930)
　　　　　　　　　　　　　　　mckennad@ballardspahr.com
　　　　　　　　　　　　　　　Jenny N. Perkins (I.D. No. 306498)
　　　　　　　　　　　　　　　perkinsj@ballardspahr.com
　　　　　　　　　　　　　　　BALLARD SPAHR LLP
　　　　　　　　　　　　　　　1735 Market Street, 51st Floor
　　　　　　　　　　　　　　　Philadelphia, PA  19103-7599
　　　　　　　　　　　　　　　Telephone: 215.665.8500
　　　　　　　　　　　　　　　Facsimile: 215.864.8999

　　　　　　　　　　　　　　　*Attorneys for Defendant Texpo Power, LP*