IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) CASE NO.   2:18-cv-03213-JHS |
| v. | ) ) |
| TEXPO POWER, LP d/b/a YEP ENERGY | ) ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO WITHDRAW COUNSEL**

Defendant Texpo Power, LP d/b/a YEP Energy files this Motion to Withdraw Counsel and would show the Court as follows:

1. Defendant originally retained Norton Rose Fulbright US LLP to represent it in this case. On August 24, 2018, Norton Rose Fulbright filed a Notice of Appearance in this Court on behalf of Defendant. (Doc. 9).

2. Defendant has since retained Ballard Spahr LLP to represent it in this case in lieu of Norton Rose Fulbright. On October 9, 2018, Ballard Spahr filed a Notice of Appearance in this Court on behalf of Defendant. (Doc. 14).

3. Defendant does not seek to withdraw Norton Rose Fulbright as counsel for purposes of delay, particularly considering the early stage of this case, and Ballard Spahr has appeared for Defendant. *See* Local Rule 5.1(c) ("An attorney's appearance may not be withdrawn except by leave of court, *unless another attorney of this court shall at the same time enter an appearance for the same party*.") (emphasis added).

WHEREFORE, Defendant prays that the Court order that Norton Rose Fulbright US LLP is withdrawn as counsel for Defendant in this case.

DEFENDANT,
By its attorneys

Dated: October 15, 2018         By: */s/ Andrea L. D'Ambra*
    Andrea L. D'Ambra
    andrea.dambra@nortonrosefulbright.com
    Judith A. Archer *Subject to Pro Hac Vice*
    judith.archer@nortonrosefulbright.com
    NORTON ROSE FULBRIGHT US LLP
    1301 Avenue of the Americas
    New York, NY 10019-6022
    Telephone:  (212) 318-3000
    Facsimile:  (212) 408-5100

## **CERTIFICATE OF SERVICE**

I certify that on October 15, 2018, this Motion to Withdraw Counsel was filed using the Court's electronic filing system, where the Motion is available for viewing and downloading. Based on the Court's records, the Motion was served on all counsel of record via ECF.

    */s/ Andrea L. D'Ambra*
    Andrea L. D'Ambra