IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEXPO POWER, LP d/b/a YEP ENERGY<br><br>Defendant. | )<br>)<br>)<br>)<br>)   CASE NO.   2:18-cv-03213-JHS<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING
## DEFENDANT'S MOTION TO WITHDRAW COUNSEL

The Court, having considered Defendant Texpo Power, LP d/b/a YEP Energy's Motion to Withdraw Counsel, is of the opinion that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Withdraw Counsel is GRANTED, and Norton Rose Fulbright US LLP is withdrawn as counsel for Defendant in this case.

IT IS SO ORDERED on this _15th_ day of October, 2018.

_Joel Slomsky_
JUDGE PRESIDING