IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG on behalf of himself and others similarly situated, | : :  |
| Plaintiff, | : CIVIL ACTION NO. 2:18-CV-03213-JHS : |
| v. | : |
| TEXPO POWER, LP d/b/a YEP ENERGY | : : |
| Defendant. | : |

**DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant Texpo Power, LP, by its undersigned counsel, hereby moves the Court for judgment on the pleadings. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Dated: October 23, 2018

Respectfully submitted,

*/s/ Daniel JT McKenna*
Daniel JT McKenna (Pa. I.D. 93930)
mckennad@ballardspahr.com
Jenny N. Perkins (Pa. I.D. 306498)
perkinsj@ballardspahr.com

BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
T: 215.665.8500
F: 215.864.8999
*Attorneys for Defendant,
Texpo Power, LP*