IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

ANDREW PERRONG on behalf of himself and other similarly situated,

    Plaintiff,

v.

TEXPO POWER, LP d/b/a YEP ENERGY,

    Defendant.

: CIVIL ACTION NO. 2:18-CV-03213-JHS

---

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion of Defendant Texpo Power, LP for Judgment on the Pleadings, and any response thereto, it is hereby ORDERED that:

1. The Motion for Judgment on the Pleadings is GRANTED; and
2. The Complaint is DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
The Honorable Joel H. Slomsky
United States District Judge