IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEXPO POWER, LP d/b/a YEP ENERGY,<br><br>Defendant. | :<br>:<br>: Case No. 2:18-cv-3213-JHS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION TO EXTEND TIME**

Plaintiff Andrew Perrong and Defendant Texpo Power, LP, by and through their undersigned counsel, hereby stipulate and agree that the deadline for Plaintiff to respond to Defendant's Motion for Judgment on the Pleadings (Doc. 18) is hereby extended from November 13, 2018 up to and including November 20, 2018, and the deadline for Defendant to file its reply in support of its Motion for Judgment on the Pleadings is hereby extended up to and including December 5, 2018.

Respectfully submitted,

| | |
|---|---|
| **/s/ Brian K. Murphy** | **/s/ Daniel JT McKenna, per auth. 11/12/18** |
| Brian K. Murphy (admitted *pro hac vice*) | Daniel JT McKenna |
| Jonathan P. Misny (admitted *pro hac vice*) | Jenny N. Perkins |
| Murray Murphy Moul + Basil LLP | Ballard Spahr LLP |
| 1114 Dublin Road | 1735 Market Street, 51st Floor |
| Columbus, OH 43215 | Philadelphia, PA 19103-7599 |
| Telephone: 614.488.0400 | Telephone: 215.665.8500 |
| Facsimile: 614.488.0401 | Facsimile: 215.864.8999 |
| E-mail: murphy@mmmb.com | E-mail: mckennad@ballardspahr.com |
| misny@mmmb.com | perkinsj@ballardspahr.com |
| | |
| | *Attorneys for Defendant* |

Clayton S. Morrow
Morrow & Artim, PC
304 Ross Street, 7th Floor
Pittsburgh, PA 15219
Telephone: 412.281.1250
Email: csm@consumerlaw365.com

Anthony I. Paronich (admitted *pro hac vice*)
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
Telephone: 508.221.1510
Facsimile: 617.830.0327
E-mail: anthony@broderick-law.com

*Attorneys for Plaintiff*

       **AND NOW**, this \_13\_ day of November, 2018, the above Stipulation to Extend Time is hereby **APPROVED** and **ENTERED** as an Order of Court.

                                  **BY THE COURT:**

                                  */s/ Joel Slomsky*
                            **Honorable Joel H. Slomsky, U.S.D.C.J.**