IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG on behalf of himself and others similarly situated, : : : Plaintiff, : : v. : : TEXPO POWER, LP d/b/a YEP ENERGY : : Defendant. : : / | Case No. 2:18-cv-03213-JHS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the parties to bear their own costs, expenses and attorney's fees.

RESPECTFULLY SUBMITTED AND DATED this 2nd day of January, 2019.

By:*/s/ Anthony Paronich*
Anthony Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
(617) 738-7080
Fax (617) 830-0327
anthony@broderick-law.com

*Counsel for Plaintiff*

By:*/s/ Daniel JT McKenna*
Daniel JT McKenna
Courtney L. Yeakel
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
(215) 665-8500
mckennad@ballardspahr.com
yeakelc@ballardspahr.com

*Counsel for Defendant*

DMEAST #36377475 v1

## CERTIFICATION OF SERVICE

I, hereby certify that on January 2, 2019, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

>                    */s/ Anthony Paronich*
>                    Anthony Paronich